**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE: 8/11/11     CONTINUED HEARING _____
TIME: 9:30 a.m.
DOCKET #: 13
CASE #: 11-61112
IN RE: MICHAEL J. MOON     PRESENT: ✗
COUNSEL FOR DEBTOR(S): VALOIS     PRESENT: ✓   By: _____
TRUSTEE: CREASY     PRESENT: ✓

TYPE OF HEARING: U.S. TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
| | | |
| | | |
| | | |

| HEARING CONTINUED: ✓ | DATE/TIME: 9-8-11 @ 9:30 AM |
|---|---|

| RULING: | |
|---|---|
| ORDER DUE: | TO BE TENDERED BY: |
| ORDER LODGED IN CM ORDERS: | |

| UNDER ADVISEMENT: | |
|---|---|
| BRIEFING SCHEDULE: | |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.